## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| In re: | ) | Case No. 12-51059 |
| | ) | |
| Dennis A. Cedar | ) | Chapter 11 |
|     **d/b/a DAC Consulting** | ) | |
|     **d/b/a DAC Tooling Tech.** | ) | Hon. Walter Shapero |
| | ) | |
|     Debtor. | ) | |

_____)

| | | |
|---|---|---|
| In re: | ) | Case No. 12-51993 |
| | ) | |
| Troy Tooling Technologies, LLC, | ) | Chapter 11 |
| | ) | |
| | ) | Hon. Walter Shapero |
|     Debtor. | ) | |
| | ) | |

_____)

## CERTIFICATE OF SERVICE

**Meredith E. Taunt** states that on May 21, 2012, she caused to be served a copy of:

1. Order Directing Joint Administration of Cases Pursuant to Bankruptcy Rule 1015(b), Bankruptcy Code Sections 105 and 302 and Local Rule 1015-1; and

2. This Certificate of Service.

via electronic means or first-class mail to the Debtor, U.S. Trustee, and all parties on the mailing matrix dated May 21, 2012.

I declare that the statements above are true to the best of my information, knowledge and belief.

Signed on May 21, 2012

*/s/ Meredith E. Taunt*
MEREDITH E. TAUNT
Strobl & Sharp, P.C.

J:\DOCS\85147\003\PLDG\SB374004.DOC